# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ12-632 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| REBECCA JEANNETTE RUBIN, | |
| Defendant. | |

<u>Offenses charged</u>:

    Count 1:    Conspiracy to Commit Arson, in violation of 18 U.S.C. §§ 844(f)(1) and 844(i)

    Count 2:    Conspiracy to Commit Arson and Destruction of an Energy Facility, in violation of 18 U.S.C. §§ 844(f)(1), 844(i) and 1366(a)

    Counts 7-8:    Conspiracy to Commit Arson, in violation of 18 U.S.C. §§ 844(f), 844(i) and 2.

<u>Date of Detention Hearing</u>: November 29, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Application of the presumption is appropriate in this case, as she is a citizen of Canada.

2. Defendant has stipulated to detention.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending her initial appearance on the charges in the District of Oregon and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 29th day of November, 2012.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge